UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAEQUAN ISHMAEL ROBERTS, :

    Petitioner : CIVIL ACTION NO. 3:22-0024

v. : (JUDGE MANNION)

     :

UNITED STATES OF AMERICA,

     :

    Respondent

     :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*signature*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 5, 2023**
22-0024-01